## 12772. JOHNSON *v.* THE STATE.

LUKE, J. 1. Where one fraudulently intends to get possession of the money of another, and by false representations induces the owner to deliver the money to him for the purpose of being applied to the owner's use, and then appropriates it in pursuance of the original fraudulent intent, he may be convicted of the offense of simple larceny. *Martin* v. *State,* 123 *Ga.* 478 (51 S. E. 334.)

2. The evidence in this case fully authorized the jury to find that the defendant, with a fraudulent intent and by false and fraudulent representations, induced a person to deliver to him money to be applied for the owner's benefit, and that the money was not so applied but was appropriated by the defendant to his own use. The evidence clearly showed the defendant's guilt; and no error of law appears which would authorize a reversal of the judgment denying his motion for a new trial.

   *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
      DECIDED NOVEMBER 17, 1921.

Indictment for larceny of money; from Floyd superior court — Judge Wright. July 21, 1921.

*Porter & Mebane,* for plaintiff in error.

*E. S. Taylor, solicitor-general, J. F. Kelly,* contra.

---

## 12774. SCOTT *v.* THE STATE.

BROYLES, C. J. 1. The first four grounds of the amendment to the motion for a new trial are too incomplete within themselves to raise any question for the consideration of this court. It would require an examination of other parts of the record to understand these grounds and to ascertain whether the admission of the evidence complained of therein was harmful to the accused. See, in this connection, *Lawrence* v. *State,* 26 *Ga. App.* 607 (4) (107 S. E. 621).

2. Neither of the excerpts from the charge of the court as complained of, when considered in the light of the particular facts of the case and the entire charge of the court, shows cause for another trial of the case.

3. The verdict was amply authorized by the evidence, and the court did not err in overruling the motion for a new trial.

   *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
      DECIDED NOVEMBER 17, 1921.

Accusation of pointing gun at another; from city court of Madison — Judge Lambert. July 15, 1921.

*T. H. Burruss Jr.,* for plaintiff in error.

*A. G. Foster, solicitor,* contra.